B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/09)      Case Number **10−00593**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/2/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Roderick Valencia Murao<br>91−812 Hanakahi Street<br>Ewa Beach, HI 96706 | Joy Pebenito Murao<br>91−812 Hanakahi Street<br>Ewa Beach, HI 96706 |
| Case Number:<br>10−00593 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−5868<br>xxx−xx−7993 |
| Attorney for Debtor(s) (name and address):<br>Blake Goodman<br>900 Fort Street Mall, Suite 920<br>Honolulu, HI 96813<br>Telephone number: 808.528.4274 | Bankruptcy Trustee (name and address):<br>Richard A. Yanagi<br>1136 Union Mall, #303<br>Honolulu, HI 96813<br>Telephone number: 808.599.0339 |

## Meeting of Creditors

Date: **March 31, 2010**        Time: **02:00 PM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/1/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 3/2/10 |

# EXPLANATIONS

B9A (Official Form 9A) (12/09)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: joni                Page 1 of 1              Date Rcvd: Mar 02, 2010
Case: 10-00593                Form ID: b9a              Total Noticed: 30
```

The following entities were noticed by first class mail on Mar 04, 2010.
```
db/jdb     +Roderick Valencia Murao,   Joy Pebenito Murao,   91-812 Hanakahi Street,
             Ewa Beach, HI 96706-2914
aty        +Blake Goodman,   900 Fort Street Mall, Suite 920,   Honolulu, HI 96813-3715
tr         +Richard A. Yanagi,   1136 Union Mall, #303,   Honolulu, HI 96813-2711
997181     +Aiea Shopping Center,   99-115 Aiea Heights Drive,   Aiea , HI 96701-3924
997182     +Bank of Hawaii,   1617 Dillingham Blvd.,   Honolulu, HI 96817-4893
997183     +Best Buy,   P.O. Box 949,   Minneapolis, MN 55440-0949
997184     +Christian Porter, Esq,   841 Bishop Street,   Ste 2125,   Honolulu, HI 96813-3987
997187     +Dr Amelia Jacang,   1712 Liliha St, #304,   Honolulu, HI 96817-3114
997188     +ER Solutions,   PO Box 9004,   Renton, WA 98057-9004
997189      Financial Recovery Services,   PO Box 385908,   Minneapolis, MN 55438-5908
997191     +General Revenue Corp,   11501 Northlake Drive,   Cincinnati, OH 45249-1618
997192      Hawaii Dept. Of Taxation,   PO Box 1530,   Honolulu, HI 96806-1530
997195      Hawaiiantel Fcu,   Honolulu , HI 96813
997196     +Hisaka Yoshida Cosgrove,   737 Bishop St,   Honolulu, HI 96813-3201
997197     +Hsbc-citi,   Portfolio Recovery Assoc,   P0 Box 12914,   Norfolk, VA 23541-0914
997199      Marvin S.C. Dang,   P.O. Box 4109,   Honolulu, HI 96812-4109
997200     +Medcah Inc,   320 Uluniu St Ste 5,   Kailua , HI 96734-2529
997201     +Nco Financial Systems Inc,   1001 Bishop St., Pauahi Tower Ste. 480,   Honolulu, HI 96813-3429
997203      Oceanic Time Warner Cable,   P.O. Box 30050,   Honolulu, HI 96820-0050
997204     +Progressive Financial Services,   PO Box 24098,   Tempe, AZ 85285-4098
997206      Sears,   Honolulu , HI 96701
997208     +State of Hawaii - DOT,   Harbors Division,   79 S Nimitz Highway,   Honolulu, HI 96813-4898
997209     +T-Mobile,   PO Box 25368,   Honolulu, HI 96825-0368
```

The following entities were noticed by electronic transmission on Mar 02, 2010.
```
tr         +EDI: QRAYANAGI.COM Mar 02 2010 20:43:00     Richard A. Yanagi,   1136 Union Mall, #303,
             Honolulu, HI 96813-2711
997185     +EDI: CCS.COM Mar 02 2010 20:43:00     Credit Collection Services,   PO Box 52677,
             Phoenix. AZ 85072-2677
997194     +EDI: AFNIVERIZONHI.COM Mar 02 2010 20:43:00     Hawaiian Telcom,   PO Box 2200,
             Honolulu, HI 96841-0001
997198     +EDI: TSYS2.COM Mar 02 2010 20:43:00     Macys,   P.O. Box 6938,   The Lakes, NV 88901-6938
997205     +EDI: RMSC.COM Mar 02 2010 20:43:00     Sams Club,   PO Box 981064,   El Paso, TX 79998-1064
997207      EDI: NEXTEL.COM Mar 02 2010 20:43:00     Sprint Wireless,   Po Box 54977,
             Los Angeles , CA 90054-0977
997210     +EDI: AFNIVZWIRE.COM Mar 02 2010 20:43:00     Verizon Wireless,   P.o. Box 96088,
             Bellevue , WA 98009-8800
997211      EDI: RMSC.COM Mar 02 2010 20:43:00     Wal-Mart,   P.O. Box 981084,   El Paso, TX 79998-1084
                                                                                            TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
997186      Direct Loans
997190      Geico
997193      Hawaii State Library
997202      Nelnet
                                                                                        TOTALS: 4, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2010**          Signature: *Joseph Speetjens*